```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VERONICA TROCHE,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :    22-CV-7098 (VSB)
                -against-                                   :
                                                            :         ORDER
                                                            :
MARDEL, INC.,                                               :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 19, 2022, (Doc. 1), and filed an affidavit of service on September 21, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was October 11, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 31, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 17, 2022
             New York, New York

                                                              VERNON S. BRODERICK
                                                               United States District Judge