**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERONICA TROCHE on behalf of herself and all others similarly situated,<br><br>                    Plaintiff(s),<br><br>                    -against-<br><br>MARDEL, INC.<br><br>                    Defendant(s). | Doc No. 1:22-CV-07098<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff VERONICA TROCHE, by and through her counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

   Dated:   Jericho, New York
            January 5, 2023

                                                    Respectfully submitted,
                                                    */S/ Noor A. Saab*
                                                    By: Noor A. Saab Esq.
                                                    380 North Broadway, Suite 300
                                                    Jericho, New York 11753
                                                    Tel: (718)740-5060
                                                    Email: NoorASaabLaw@gmail.com