UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 

| | | |
|---|---|---|
| VERONICA TROCHE, on behalf of herself and all others similarly situated | : | |
| | : | |
| Plaintiff, | : | 22-CV-7098 (VSB) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| MARDEL, INC., | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It was reported to the Court that the parties in this case reached a settlement agreement and planned to submit a Stipulation of Dismissal with prejudice. (Doc. 18.) To date, no such stipulation has been filed. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within ten (10) days.

SO ORDERED.

Dated: March 30, 2023
      New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge